THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN KEOUGH and ANTHONY LATEGANO, Appellants.

Submitted January 22, 1940; decided January 25, 1940.

Motion for reargument denied. (See 281 N. Y. 834.)

NICOLA DE NISI, Appellant, *v.* J. KRUGMAN CO., INC., et al., Respondents.

Submitted January 22, 1940; decided January 25, 1940.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking therefrom the provision awarding costs. (See 281 N. Y. 851.)